UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADRIAN JOHNSON, | Case No. 22-CV-1741 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED AIRLINES and AIRPORT POLICE, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Dkt. No. 9.) No objections have been filed to the Report and Recommendation in the time period permitted.

Based on the Report and Recommendation, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. No. 9) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: November 30, 2022

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
Chief Judge,
United States District Court